IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CATO INSTITUTE,** <br> 1000 Massachusetts Ave. NW <br> Washington, DC 20001 <br><br> **Plaintiff,** <br><br> v. <br><br> **DEPARTMENT OF HEALTH AND HUMAN SERVICES,** <br> 200 Independence Ave, SW <br> Washington, DC 20201 <br><br> **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

1. Plaintiff CATO INSTITUTE brings this suit to force Defendant DEPARTMENT OF HEALTH AND HUMAN SERVICES to conduct a reasonable search, issue a determination, and produce records regarding Medicare and Medicaid spending data connected to an inspector general investigation.

## PARTIES

2. Plaintiff CATO INSTITUTE ("CATO") is a public policy research organization—a think tank—dedicated to the principles of individual liberty, limited government, free markets, and peace. Its scholars and analysts conduct independent, nonpartisan research on a wide range of policy issues. CATO is the FOIA requester in this case.

3. Defendant DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") is a federal agency and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 7, 2023 FOIA REQUEST TO HHS

6. On August 7, 2023, CATO submitted a FOIA request to HHS for "Medicare HHS Spending Data and Medicaid T-MSIS Spending Data collected by CMS and submitted to the HHS OIG and used in HHS OIG report OEI-03-20-00330, September 2022."

7. A true and correct copy of the original FOIA request, along with subsequent correspondence, is attached as Exhibit 1.

8. On August 7, 2-23, HHS acknowledged that CATO's request was received and sent to the Center for Medicare and Medicaid Services, and assigned reference number 812336 to the matter. *Id*.

9. On August 9, 2023, HHS assigned control number 080720237064 and PIN GVN6 to the matter. HHS also stated that unusual circumstances "may affect our ability to fulfill a FOIA request within 20 business days." *Id*.

10. On March 5, 2024, Plaintiff checked the status of the FOIA request using the CMS FOIA Portal, where the status of the request indicated that the FOIA request was referred to program office(s), and the projected date of response was undetermined.

11. A true and correct copy of Plaintiff's view of the CMS FOIA Portal as of March 5, 2024 is attached as Exhibit 2.

12. As of the date of this filing, HHS did not know how long it would take to complete processing of CATO's request.

13. As of the date of this filing, HHS has not issued a determination and has not produced any records.

## COUNT I – HHS'S FOIA VIOLATION

14. The above paragraphs are incorporated by reference.

15. Plaintiff's FOIA request seeks the disclosure of agency records and was properly made.

16. Defendant HHS is a federal agency subject to FOIA.

17. Included within the scope of the request are one or more records or portions of records that are not exempt under FOIA.

18. Defendant HHS has failed to conduct a reasonable search for records responsive to the request.

19. Defendant HHS has failed to issue a complete determination within the statutory deadline.

20. Defendant HHS has failed to produce all non-exempt records responsive to the request.

**WHEREFORE**, Plaintiff asks the Court to:

i. declare that Defendant has violated FOIA;

ii. order Defendant to conduct a reasonable search for records and to produce the requested records promptly;

iii. enjoin Defendant from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated: March 13, 2024

- 4 -

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorneys for Plaintiff,
CATO INSTITUTE

Matthew Topic, D.C. Bar No. IL0037
Stephen Stich Match, D.C. Bar No. MA0044
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com