**Exhibit 1**


An official website of the United States government
Here's how you know


UNITED STATES DEPARTMENT of JUSTICE


FOIA.gov

MENU

Thank you for visiting FOIA.gov, the government's central website for FOIA. We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 812336

# Success!

Your FOIA request has been created and is being sent to the Center for Medicare and Medicaid Services.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

## Contact the agency

Hugh Gilmore, FOIA Officer

410-786-5353

hugh.gilmore@cms.hhs.gov

FOIA Requester Service Center

410-786-5353

Joseph Tripline, FOIA Public Liaison

410-786-5353

joseph.tripline@cms.hhs.gov

Hugh Gilmore, FOIA Officer, North Building, Room C5-11-06
7500 Security Boulevard
Baltimore, MD 21244

FOIA_Request@cms.hhs.gov

## Request summary

Request submitted on **August 7, 2023**.

The confirmation ID for your request is **812336**.



The confirmation ID is only for identifying your request on FOIA.gov and acts as a receipt to show that you submitted a request using FOIA.gov. This number does not replace the information you'll receive from the agency to track your request. In case there is an issue submitting your request to the agency you selected, you can use this number to help.

# Contact information

**Name**
Patrick Eddington

**Mailing address**

Annandale, VA 22003
United States

**Phone number**

**Company/organization**
Select or enter

**Email**
pgeddington@me.com

# Your request

Medicare FFS Spending Data and Medicaid T-MSIS Spending Data Collected by CMS and Submitted to the HHS OIG and used in HHS OIG report OEI-03-20-00330, September 2022.

# Fees

**What type of requester are you?**
educational

**Fee waiver**
yes

**Fee waiver justification**
In order to help to determine our status to assess fees, you should know that the Cato Institute is an

IRS-recognized 501(c)(3) nonprofit educational and public interest organization. As Cato is an educational or noncommercial scientific institution, this request is made for a scholarly or scientific purpose and not for a commercial use. Disclosure of the requested information to Cato is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in Cato's commercial interest. Accordingly, we ask for a waiver of all fees for this request.

**The amount of money you're willing to pay in fees, if any**
$25.00

## Request expedited processing

**Expedited processing**
no



**CONTACT**

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit ⬈ CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

- FOIA DATASET DOWNLOAD
- ACCESSIBILITY
- PRIVACY POLICY
- POLICIES & DISCLAIMERS
- JUSTICE.GOV
- USA.GOV

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C5-11-06
Baltimore, Maryland 21244-1850



**Office of Strategic Operations and Regulatory Affairs / Freedom of Information Group**

Request has been assigned: Control Number **080720237064** and PIN **GVN6**

8/9/2023

Patrick Eddington

Annandale, VA 22003

Dear Mr. Eddington:

This letter is to acknowledge receipt of your Freedom of Information Act (FOIA) (5 U.S.C. § 552) request and to provide you with a tracking number. The Centers for Medicare & Medicaid Services (CMS) received your FOIA request on **August 07, 2023**, pertaining to **"Medicare FFS spending data and Medicaid T-MSIS spending data collected by CMS and submitted to the HHS OIG and used in HHS OIG report OEI-03-20-00330, September 2022."**

To check the status of your request as it is being processed, please refer to the CMS FOIA website at https://foia-request.cms.gov/check-status and enter the control number and PIN (listed at the top of the page) that has been assigned to your request.

Once we complete our initial analysis of your request, we will initiate a search for responsive records. If, however, we determine that your request needs clarification, we will contact you. Additionally, if our searching units advise us that you have requested a voluminous number of records that requires extensive search, production, and review, we will contact you to discuss options for narrowing the scope to process your request as quickly and efficiently as possible.

Please note that CMS receives a very high volume of FOIA requests. The following unusual circumstances, as defined by 5 USC § 552(a)(6), may affect our ability to fulfill a FOIA request within 20 business days. These include circumstances such as (1) the request requires us to search for and collect records from multiple components and/or field offices; (2) the request involves a voluminous number of records that must be located, compiled, transferred to this office, and reviewed. In addition, given our high volume of requests, and in accordance with federal regulations, our processing policy includes factors such as the date and complexity of the request.

The FOIA assumes that requesters are willing to pay fees up to $25.00. If estimated fees to process your request exceed $25.00, we will notify you and may suspend processing until we receive written confirmation that you are willing to pay the estimated fees. Additionally, if the estimated fees exceed $250.00, the law authorizes us to collect the fees *in advance* of processing the request.

If your request sought a fee waiver or expedited processing, we will send additional communication to provide you with our determination decision(s).

If you are not satisfied with any aspect of the processing and handling of this request, please contact Jennifer Watson.

You also have the right to seek dispute resolution services from:

>Joseph Tripline
>CMS FOIA Public Liaison
>Centers for Medicare & Medicaid Services
>7500 Security Blvd., MS C5-11-06
>Baltimore, Maryland 21244-1850
>Telephone: (410) 786-5353 fax (443)-380-8871

and/or:

>Office of Government Information Services
>National Archives and Administration
>8601 Adelphi Road – OGIS
>College Park, MD 20740-6001
>
>Telephone: 202-741-5770
>Toll-Free: 1-877-684-6448
>E-mail: ogis@nara.gov
>Fax: 202-741-5769

>Sincerely,
>
>*Joseph Tripline*
>
>Joseph Tripline
>Director, Division of FOIA Analysis – A
>Freedom of Information Group

**Exhibit 2**

CMS FOIA Portal                                                                    Explore +

# Check the Status of Your FOIA Request

|  |  |
|---:|---|
| **Control Number:** | 080720237064 |
| **Date Received:** | 8/7/2023 |
| **Subject:** | Medicare FFS Spending Data |
| **Status of the Request:** | FOIA request referred to program office(s) for responsive records search and fee estimate |
| **Projected Date of Response:** | Undetermined |
| **Date of Response:** | 8/10/2023 |

*i*  *What does the status of my request mean?*

**FOIA Request Received by Centers for Medicare & Medicaid Services**

CMS's Central Office Freedom of Information Group or Office of Program Operations and Local Engagement has received your FOIA or Medicare beneficiary claims (Privacy Act) request for agency records; the request has been entered into CMS's FOIA & Privacy Act request tracking and processing management system.
*(Note: CMS's Office of Program Operations and Local Engagement plays an essential role in processing Medicare beneficiary claims requests.)*

**FOIA Request Referred to Program Office(s) for Responsive Records Search and Fee Estimate**

Processing of your FOIA or Privacy Act request is underway. Your request has been shared with the appropriate division (program office) within CMS to initiate the records search. If you submitted a request for Medicare beneficiary records, your request will be sent to one of CMS's Medicare Administrative Contractors (MACs) for a records search. In some instances, your request may need to be sent to multiple program offices and/or MACs, which can result in additional time needed to complete the

full search. Depending on the type of requester and volume of the request, CMS may need to generate a fee estimate prior to proceeding with fully processing your request.
See https://www.archives.gov/files/ogis/assets/fees-at-a-glance-chart.pdf.

### FOIA Request Referred to Program Office(s) for Responsive Records Search, Fee Estimate and Direct Reply to Requester

Your request is in the same status as noted above; however, one of CMS's program offices (most often the Office of Program Operations and Local Engagement) or one of CMS's Medicare Administrative Contractors is authorized to release records directly to you without the need for CMS's Freedom of Information Group's review and FOIA disclosure analysis of records prior to release.

### Request Processing Suspended - Pending Information From Requester

Processing your FOIA request may be suspended for two reasons:
- Clarification may be needed for your request in order for CMS to complete an efficient and targeted search for responsive records.
- An advance payment fee may have been assessed in order to continue processing your current request.

### Interim Disclosure Determination Issued - Final Determination Pending

Part of your FOIA request has been processed; a portion of CMS agency records has been reviewed by a FOIA analyst and either a partial or full interim records release has been determined and issued, or a full denial of records reviewed thus far has been determined per FOIA statute exemptions. The remainder of your request is continuing to be processed.

### Responsive Records Returned to the FOIA Office for Review and Disclosure Analysis

The CMS program office(s) assigned to your request has completed their search for responsive records and returned them to CMS's Freedom of Information Group for review and FOIA disclosure analysis.
*(Note: if your request was assigned to multiple program offices for search, the request may still be pending records production or response from other program offices.)*

### Disclosure Analysis of Responsive Records in Progress

Agency records produced by the program office(s) have been received by CMS's Freedom of Information Group, the case has been assigned to a

FOIA analyst, and disclosure analysis of responsive records has begun.

### Disclosure Decision Pending

A FOIA analyst has completed the disclosure analysis of agency records and made a disclosure determination to issue either a partial or full release of records, or a full denial based on FOIA statute exemptions. Release or response is pending final review and approval from CMS's Freedom of Information Group leadership.

### In Appeal Process

CMS has received your FOIA appeal request in response to a perceived adverse determination or failure to produce agency records; the appeal is under initial review or currently in appeal proceedings.

### Appeal Case Closed

An appeal determination has been made and a final response has been sent; additional records may have been released as well. Both the original FOIA request and subsequent appeal are now closed.

### Disclosure Decision Issued - Case Closed

Your FOIA request has been fully processed and a disclosure decision issued; either a partial or full set of agency records has been released or a full denial of records response has been issued per FOIA statute exemptions. Your FOIA request is now completed and closed.

### Case Closed

Your FOIA request has been reviewed and closed administratively for one of several reasons:
- CMS does not possess any records responsive to your request.
- Your request was withdrawn or a Continued Interest Letter was sent to you and no response was received.
- Requested records were not reasonably described and a clarification response was not received by CMS.
- All records in CMS's possession were referred to another agency for their review and release determination.
- Your request was not an actual FOIA request as defined by the FOIA statute, or it was imperfect and CMS did not receive a response from you to perfect the request in order to be submitted under FOIA.
- The records you requested are not CMS agency records.
- CMS's FOIA tracking and processing system received your request

- more than once and other request(s) were closed as a duplicate(s).
- If you submitted multiple FOIA requests, they may have been consolidated (with your permission) into fewer requests or a single request; therefore, other requests entered into CMS's FOIA tracking and processing system were closed.
- CMS's Freedom of Information Group was unable to contact you with questions and answers necessary to fully process your request as originally submitted.

**CMS**
Centers for Medicare & Medicaid Services

Powered by Sole Solutions, Inc.